UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>William Blackford Look, Jr - #066631 | Case No. 14-mc-80256-JD<br><br>**ORDER DENYING REQUEST FOR RELIEF**<br><br>Re: Dkt. No. 3 |

The request is denied as untimely and because respondent did not identify any information warranting reconsideration as provided for in Local Rule 11-7(b)(2). Respondent may seek reinstatement if and when appropriate under LR 11-7(b)(3).

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF WILLIAM BLACKFORD LOOK, JR. - &#0,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BLACKFORD LOOK,<br><br>Defendant. | Case No. 14-mc-80256-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/19/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Blackford Look
PO Box 1381
Monterey, CA 93942

Dated: 11/19/2014

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO